UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                No. 11 Cr. 381 (LTS)

MAHENDRA DANRAJH,

    Defendant.

--------------------------------------------------------x

### ORDER

For the reasons stated on the record at today's hearing, Defendant's suppression motion is denied in its entirety. This order terminates docket entry no. 13.

SO ORDERED.

Dated: New York, New York
       September 12, 2011

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 SEP 2011